# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3052023115899
LOCAL REGISTRATION NUMBER: 3202319025771

**DECEDENT'S PERSONAL DATA**
1. NAME OF DECEDENT- FIRST (Given): JOHN
2. MIDDLE: ROBERT
3. LAST (Family): WOODS
4. DATE OF BIRTH: [redacted]/1963
5. AGE Yrs.: 60
6. SEX: M
7. DATE OF DEATH: 04/13/2023
8. HOUR (24 Hour): 1425
9. BIRTH STATE/FOREIGN COUNTRY: TX
10. SOCIAL SECURITY NUMBER: [redacted]8404
11. EVER IN U.S. ARMED FORCES?: YES [X]
12. MARITAL STATUS/SRDP: NEVER MARRIED
13. EDUCATION: BACHELOR
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: NO [X]
16. DECEDENT'S RACE: CAUCASIAN
17. USUAL OCCUPATION: WRITER
18. KIND OF BUSINESS OR INDUSTRY: FILM
19. YEARS IN OCCUPATION: 30

**USUAL RESIDENCE**
20. DECEDENT'S RESIDENCE: 10965 FRUITLAND DR #209
21. CITY: STUDIO CITY
22. COUNTY/PROVINCE: LOS ANGELES
23. ZIP CODE: 91604
24. YEARS IN COUNTY: 28
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
26. INFORMANT'S NAME, RELATIONSHIP: LISA M WOODS, SISTER
27. INFORMANT'S MAILING ADDRESS: 38851 S HIGHWAY 1 UNIT M2, GUALALA, CA 95445

**SPOUSE/SRDP AND PARENT INFORMATION**
28. NAME OF SURVIVING SPOUSE/SRDP-FIRST: -
31. NAME OF FATHER/PARENT-FIRST: WALLACE
32. MIDDLE: HAROLD
33. LAST: WOODS
34. BIRTH STATE: OR
35. NAME OF MOTHER/PARENT-FIRST: ALYCE
36. MIDDLE: VICTORINE
37. LAST (BIRTH NAME): MOMBOISSE
38. BIRTH STATE: CA

**FUNERAL DIRECTOR/LOCAL REGISTRAR**
39. DISPOSITION DATE: 05/31/2023
40. PLACE OF FINAL DISPOSITION: RESIDENCE LISA M WOODS, 38851 S HIGHWAY 1 UNIT M2, GUALALA, CA 95445
41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: -
44. NAME OF FUNERAL ESTABLISHMENT: CREMATION SOCIETY OF LOS ANGELES
45. LICENSE NUMBER: FD1694
46. SIGNATURE OF LOCAL REGISTRAR: MUNTU DAVIS MD
47. DATE: 05/26/2023

**PLACE OF DEATH**
101. PLACE OF DEATH: PROVIDENCE HOLY CROSS
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Other [X]
104. COUNTY: LOS ANGELES
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 11550 INDIAN HILLS RD
106. CITY: MISSION HILLS

**CAUSE OF DEATH**
107. CAUSE OF DEATH:
(A) IMMEDIATE CAUSE: CARDIOPULMONARY ARREST — (AT) MINS
(B) PULMONARY EMBOLISM — (BT) MINS
(C) DEEP VEIN THROMBOSIS — (CT) UNK
108. DEATH REPORTED TO CORONER?: YES [X] — REFERRAL NUMBER: CL2023-52593
109. BIOPSY PERFORMED?: NO [X]
110. AUTOPSY PERFORMED?: NO [X]
112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: RENAL INSUFFICIENCY
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: INFERIOR VENA CAVA THROMBECTOMY 04/13/2023
113A. DECEDENT PREGNANT IN LAST YEAR?: NO [X]

**PHYSICIAN'S CERTIFICATION**
114. Decedent Attended Since: 04/10/2023 / Decedent Last Seen Alive: 04/13/2023
115. SIGNATURE AND TITLE OF CERTIFIER: ANDREW MICHEL ABI-CHAKER, MD
116. LICENSE NUMBER: A174936
117. DATE: 05/17/2023
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: ANDREW MICHEL ABI-CHAKER, MD, 5443 TOPEKA DR, TARZANA, CA 91356

**CORONER'S USE ONLY**
119. MANNER OF DEATH: (blank)
120. INJURED AT WORK?: (blank)

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

*003907617*

Health Officer and Registrar, MD
DATE ISSUED: JUN -5 2023

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

